# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEL REAL, individually and as successor-in-interest to John Del Real, Jr; BRITTANY DEL REAL DAVIS, individually and as successor-in-interest to John Del Real Jr.; and SHIRLEY LOWERY | Case No.: CV14-02831 PLA<br><br>Honorable Paul L. Abrams<br><br>**ORDER RE STIPULATION OF DISMISSAL** |
| Plaintiffs, | |
| vs. | |
| CITY OF LONG BEACH; et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, the Court ORDERS:

1. That the entire case is DISMISSED WITH PREJUDICE under FRCP 41(a)(1); and

2. That the Court retains jurisdiction to enforce the terms of the settlement.

DATED: August 4, 2017

_Paul L. Abrams_
Hon. Paul L. Abrams
U.S. Magistrate Judge

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**